UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAURA NICHOLS, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>PEACEHEALTH NETWORKS ON DEMAND, LLC d/b/a ZOOMCARE, a Washington limited liability company,<br><br>*Defendant*. | Case No. 2:25-cv-01831-JHC<br><br>**JOINT STIPULATION AND ORDER TO EXTEND MOTION TO DISMISS BRIEFING SCHEDULE DEADLINES** |

Plaintiff Laura Nichols ("Plaintiff") and Defendant Peacehealth Networks On Demand, LLC d/b/a Zoomcare ("Defendant") (collectively, the "Parties"), by and through undersigned counsel, hereby stipulate as follows:

WHEREAS, Plaintiff filed her Complaint on September 22, 2025;

WHEREAS, Defendant filed a motion to dismiss on October 20, 2025;

WHEREAS, Plaintiff's current deadline to respond to Defendant's motion to dismiss is November 10, 2025;

WHEREAS, due to existing litigation conflicts and travel obligations, Plaintiff seeks a two (2) week extension of her deadline to respond to Defendant's motion to dismiss, from November 10, 2025 to November 24, 2025;

WHEREAS, the Parties have met and conferred and Defendant agrees to Plaintiff's requested extension, and the Parties have also agreed to extend Defendant's deadline to file its reply in support of its motion to dismiss to December 14, 2025 in light of the Thanksgiving holiday and an upcoming vacation;

WHERAS, there have been no prior extensions to, or requests to extend, the deadline to respond to Defendant's motion to dismiss, and the proposed extension of time will not prejudice any party or alter the date of any other event or any other deadline already fixed by the Court;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the Parties to this action, through their undersigned counsel, and subject to the Court's approval, that Plaintiff shall respond to Defendant's motion to dismiss by November 24, 2025, and Defendant shall file its reply in support of its motion to dismiss by December 14, 2025.

Dated:  November 6, 2025                Respectfully submitted,

**CARSON NOEL PLLC**
By:      */s/ Wright A. Noel*
              Wright A. Noel

Wright A. Noel (State Bar No. 25264)
20 Sixth Avenue NE

1

Issaquah, WA 98027
Telephone: (425) 837-4717
Facsimile: (425) 837-5396
Email: wright@carsonnoel.com

*Attorneys for Plaintiff*

Dated:  November 6, 2025

**BAKER & HOSTETLER LLP**
By: */s/ Alexander Vitruk*
     Alexander Vitruk

Alexander Vitruk
999 3rd Ave. Ste. 3900
Seattle, WA 98104
206-332-1380
Email: avitruk@bakerlaw.com

*Attorneys for Defendant*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: November 6, 2025.    _____
                           John H. Chun
                           United States District Judge

2