UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAURA NICHOLS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PEACEHEALTH NETWORKS ON DEMAND, LLC, d/b/a ZOOMCARE, a Washington limited liability company,<br><br>Defendant. | No. 2:25-cv-01831-JHC<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S AMENDED CLASS ACTION COMPLAINT AND SET BRIEFING SCHEDULE**<br><br>NOTE ON MOTION CALENDAR: April 3, 2026 |

THIS MATTER comes before the Court on Parties' Joint Stipulation to Extend Defendant's Time to Respond to Plaintiff's Amended Class Action Complaint and Set Briefing Schedule.  Dkt. # 22.  Having reviewed the Stipulated Motion, being fully advised on the matter, and for good cause shown:

It is hereby ORDERED that the Stipulated Motion is GRANTED. It is FURTHER ORDERED that Defendant PeaceHealth Networks on Demand, LLC, d/b/a ZoomCare's deadline to file its anticipated motion to dismiss is April 24, 2026, Plaintiff's deadline to file any opposition is May 28, 2026, and Defendant's deadline to file any reply is June 17, 2026.

IT IS SO ORDERED.

//

ORDER GRANTING JOINT STIPULATION TO
EXTEND DEFENDANT'S TIME TO RESPOND TO
PLAINTIFF'S AMENDED CLASS ACTION
COMPLAINT AND SET BRIEFING SCHEDULE - 1
(CASE NO. 2:25-CV-01831-JHC)

DATED this 3rd day of April, 2026.


_John H. Chun_

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING JOINT STIPULATION TO
EXTEND DEFENDANT'S TIME TO RESPOND TO
PLAINTIFF'S AMENDED CLASS ACTION
COMPLAINT AND SET BRIEFING SCHEDULE - 2
(CASE NO. 2:25-CV-01831-JHC)