UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAURA NICHOLS, individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br><br>    v.<br><br>PEACEHEALTH NETWORKS ON DEMAND, LLC, d/b/a ZOOMCARE, a Washington limited liability company,<br><br>               Defendant. | No. 2:25-cv-01831-JHC<br><br>**ORDER GRANTING STIPULATED MOTION TO STAY DISCOVERY**<br><br>NOTE ON MOTION CALENDAR:<br>May 6, 2026 |

THIS MATTER comes before the Court on the Parties' Stipulated Motion to Stay Discovery (the "Stipulated Motion"). Dkt. # 26. Having reviewed the Stipulated Motion, being fully advised on the matter, and for good cause shown:

It is hereby ORDERED that the Stipulated Motion is GRANTED. Discovery shall be stayed until the Court rules on Defendant's pending motion to dismiss.

DATED this 6th day of May, 2026.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION TO STAY
DISCOVERY - 1
(CASE NO. 2:25-CV-01831-JHC)