UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAURA NICHOLS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>*v.*<br><br>PEACEHEALTH NETWORKS ON DEMAND, LLC, d/b/a ZOOMCARE, a Washington limited liability company,<br><br>Defendant. | No. 2:25-cv-01831-JHC<br><br>**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY** |



CARSON NOEL PLLC
20 Sixth Avenue NE
Issaquah, Washington 98027
Tel: (425) 837-4717 • Fax: (425) 837-5396

**PLAINTIFF'S SECOND NOTICE OF SUPPLEMENTAL AUTHORITY**

Pursuant to Local Civil Rule 7(n), Plaintiff respectfully submits this Notice of Supplemental Authority regarding Defendant's Motion to Dismiss. *See* ECF No. 25. Plaintiff brings to this Court's attention a recent decision by the Honorable Mark C. Scarsi in *Campbell v. Select Med. Corp*., No. 2:25-cv-11408 (C.D. Cal. July 14, 2026) (ECF No. 22). A copy of the *Campbell* order is attached hereto as **Exhibit 1**.

The decision is relevant because *Campbell* also involved the disclosure of personal health information entered on a public-facing website, and the Court denied the defendant's Rule 12(b)(6) motion to dismiss the plaintiff's claims for violations of the Electronic Communications Privacy Act ("ECPA") and California Invasion of Privacy Act ("CIPA").

Dated: July 17, 2026

Respectfully Submitted,

**Laura Nichols**, individually and on behalf of all others similarly situated,

By: /s/ *Wright A. Noel*
Wright A. Noel

Wright A. Noel
wright@carsonnoel.com
CARSON NOEL PLLC
20 Sixth Avenue NE
Issaquah, WA 98027
Tel: 425.837.4717
Fax: 425.837.5396

*Attorney for Plaintiff*