HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAURA NICHOLS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PEACEHEALTH NETWORKS ON DEMAND, LLC, d/b/a ZOOMCARE, a Washington limited liability company,<br><br>Defendant. | No. 2:25-cv-01831-JHC<br><br>**DEFENDANT PEACEHEALTH NETWORKS ON DEMAND, LLC D/B/A ZOOMCARE'S SECOND NOTICE OF SUPPLEMENTAL AUTHORITY** |



BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4076
Telephone: (206) 332-1380

**TO THE HONORABLE COURT, AND TO PLAINTIFF AND HER COUNSEL OF RECORD HEREIN:**

Pursuant to Local Civil Rule 7(n), Defendant PeaceHealth Networks on Demand, LLC d/b/a ZoomCare ("ZoomCare") respectfully submits this Notice of Supplemental Authority in connection with its Motion to Dismiss filed on April 24, 2026. *See* Dkt. 25. ZoomCare respectfully informs the Court of a July 29, 2026 decision issued by the Northern District of Georgia, *Doe v. CRH Healthcare, LLC, d/b/a Peachtree Immediate Care*, No. 1:25-CV-6353-TWT, 2026 WL 2186887 (N.D. Ga. July 29, 2026), granting the defendants' motion to dismiss and dismissing the plaintiff's Electronic Communications Privacy Act ("ECPA") claim. A copy of the order is attached hereto as **Exhibit 1**.

Dated Wednesday, August 5, 2026.

**BAKER & HOSTETLER LLP**

By *s/ Alexander Vitruk*

Paul G. Karlsgodt, WSBA #40311
Alexander Vitruk, WSBA #57337
Logan F. Peppin, WSBA #55704
**BAKER & HOSTETLER LLP**
999 Third Avenue, Suite 3900
Seattle, WA 98104-4076
Tel: (206) 332-1380
E-mails: pkarlsgodt@bakerlaw.com
avitruk@bakerlaw.com
lpeppin@bakerlaw.com

*Attorneys for Defendant PeaceHealth Networks on Demand, LLC d/b/a ZoomCare*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2026, a true and correct copy of the foregoing document was served via USDC Western Washington CM/ECF Notice and/or E-Mail upon the following:

Wright A. Noel
**CARSON NOEL PLLC**
20 Sixth Avenue NE
Issaquah, WA 98027
Tel: (425) 837-4717
E-mail: wright@carsonnoel.com

Alec M. Leslie, *pro hac vice forthcoming*
**BURSOR & FISHER, P.A.**
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel: (646) 837-7150
Email: aleslie@bursor.com

*Attorneys for Plaintiff and the Putative Class*

*s/ Jaya Field*

Jaya Field, Legal Assistant